IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

MARGUERITE SERA GABRIEL,

        Plaintiff,

v.

SAM'S EAST, INC., d/b/a Sam's Club #8157

        Defendant.

_____/

CIVIL DIVISION

CASE NO.:

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **Marguerite Sera Gabriel**, by and through undersigned counsel, hereby sues the Defendant, **SAM'S EAST, INC., d/b/a Sam's Club #8157 (hereinafter, "Sam's Club")**, and alleges:

1. This is an action for damages which exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.[1]

2. At all times material hereto, the Plaintiff, **Marguerite Sera Gabriel,** was and is a resident of Palm Beach County, Florida, and is otherwise *sui juris.*

_____

[1] This is an action for damages in excess of seventy-five thousand dollars ($75,000.00), exclusive of interests and costs, and Plaintiff additionally demands trial by jury; accordingly, although, to file this Complaint, undersigned counsel is being required by order of the Supreme Court of Florida to contemporaneously complete a civil cover sheet with a dollar figure as an estimated amount of claim for data collection and clerical processing purposes only, the full monetary value of the damages suffered by Plaintiff is yet to be determined and will be decided in a verdict by the jury that judges the facts of this action in compliance with Article I, Section 22, Florida Constitution.

3.      At all times material hereto, the Defendant, **Sam's Club,** was and is a Foreign Profit Corporation and a citizen of the state of Arkansas, actively doing business in Palm Beach County, Florida.

4.      Venue is proper in this County, in that Defendant engaged and continues to engage in business in in Palm Beach County, Florida, and/or all of the acts complained of herein occurred in Palm Beach County, Florida, including most if not all witnesses for both parties, medical treatment and doctors, and the premises in question themselves, are in Palm Beach County, Florida.

5.      Defendant's contact with Florida was and is as an ongoing basis substantial, as it is continuous and systematic business contact by, including but not limited to operating a business on real property located in Palm Beach County, Florida, advertising in Florida and to Florida residents, purposeful contact with Florida residents such as Plaintiff, in this County, contact far from an isolated incident and of which foreseeably led the cause of action herein.

## COUNT I - NEGLIGENCE CLAIM AGAINST SAM'S CLUB

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6.      That at all times material hereto, and specifically on June 2, 2019, Defendant, **Sam's Club**, owned, managed, controlled, operated, and/or maintained the premises located at 4295 45th St, West Palm Beach, FL 33407, in Palm Beach County.

7.      That on or about June 2, 2019, the Plaintiff, **Marguerite Sera Gabriel,** was lawfully in Defendant, **Sam's Club's** premises, when she Plaintiff slipped and fell.

-2-

8.      That on or about June 2, 2019, the Plaintiff, **Marguerite Sera Gabriel**, was a business invitee of the Defendant, **Sam's Club** premises located at 4295 45th St, West Palm Beach, FL 33407.

9.      That the Defendant, **Sam's Club,** owed to its business invitees, including the Plaintiff, **Marguerite Sera Gabriel,** a duty to warn of dangerous conditions and to maintain its premises in a reasonably safe condition.

10.      Defendant, **Sam's Club,** its agents, apparent agents, servants or employees, breached its duty/duties owed to the Plaintiff, **Marguerite Sera Gabriel,** owed to Plaintiff, its business invitee, a duty to provide a reasonably safe environment.

a.      By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as fruit and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b.      By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c.      Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d.      By failing to remove said fruit or other similar substance from the floor of the premises; and/or

e.      By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

- 3 -

f.      By failing to inspect the area in question on the premises in a reasonable manner and/or

g.      Failing to implement and/or follow proper procedures and policies regarding maintenance, inspection, and cleanup of the subject area and/or

h.      Failing to implement and/or follow proper procedures and policies regarding fruit or other substances on the floor or ground of property premises,

i.      Failing to act reasonable under the circumstances and/or

j.      Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing fruit and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

11.     That the Defendant, **Sam's Club,** knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant, **Sam's Club,** knew or should have known of the condition and could have easily remedied it; and/or

12. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such regularity that the Defendant, **Sam's Club**, should have known of its existence.

13.     As a direct and proximate result of the aforementioned negligence of the Defendant, **Sam's Club**, Plaintiff, **Marguerite Sera Gabriel**, slipped on a fruit and/or other substance or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and

- 4 -

impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **Marguerite Sera Gabriel** will suffer the losses into the future.

WHEREFORE, Plaintiff, **Marguerite Sera Gabriel,** hereby demand judgment for damages, costs and interest from the Defendant, **Sam's Club**, together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

The Plaintiff, **MARGUERITE SERA GABRIEL,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: October 20, 2020

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Phone: (305) 661-6000
Fax: (305) 670-7555
Email: julie@rubensteinlaw.com
zrodriguez@rubensteinlaw.com
eservice@rubensteinlaw.com

By:    /s/ *Julie Pagni*
**JULIE PAGNI**
Florida Bar No.: 111459